UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Toni Edmonds                                    :
                                                :
                    Plaintiff,                  :
                                                :
            -against-                           :
                                                :
ADA Perez                                       :
                                                :
                    Defendant.                  :
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

~~ORDER OF REFERENCE~~
TO A MAGISTRATE JUDGE

08 Civ. 4388 (PKC)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
    _____
    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose:_____

_X_ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion:_____
    _____
    All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

                                                    /s/ P. Kevin Castel
                                                    _____
                                                    P. Kevin Castel
                                                    United States District Judge

DATED: New York, New York
       May 20, 2008