```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Toni Edmonds # 05-G-1132           :
                                   :
                                   :
             Petitioner,           :
                                   :         08 Civ. 4388 (PKC)
       -against-                   :
                                   :            ORDER
                                   :
ADA Perez                          :
                                   :
             Respondent.           :
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

      Respondent shall answer or otherwise respond to the petition within sixty (60) days from the date of this Order. If any party wishes to file a motion, a premotion letter request should be submitted in accordance with the undersigned's Individual Practices. Within sixty (60) days of this Order, the record of proceedings leading to petitioner's conviction, including trial and hearing transcripts, shall be submitted by respondent together with the briefs submitted on appeal, and the record in any state post-conviction proceedings.

      The Clerk of the Court shall serve a copy of this Order, the underlying petition, and supporting documents, if any, contained in the Clerk's file by first-class mail, upon the Attorney General of the State of New York and the District Attorney of New York County and shall also mail a copy of this Order to the petitioner.

      SO ORDERED.

                                                    P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
            May 20, 2008