USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

TONI EDMONDS,                              :

          Petitioner,                    :     08 Civ. 4388 (PKC) (AJP)

     -against-                             :     ORDER

ADA PEREZ, Superintendent,                 :

          Defendant.                     :

------------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

       The parties shall advise the Court as to whether they jointly consent to decision on petitioner's habeas corpus petition by a United States Magistrate Judge (that is, the undersigned), pursuant to the enclosed forms and explanations.

       Each party shall either: (1) sign the consent form to indicate consent and return it to the Court (with a copy to the other side) or (2) inform the Court by letter that the party does not consent.

       This Order is not meant to in any way interfere with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources, particularly since the matter has been referred to me for a Report and

C:\ORD\636 Habeas

2

Recommendation on this habeas petition, and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

The parties are to notify the Court pursuant to the above procedures by no later than July 21, 2008.

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

DATED:   New York, New York
         May 27, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:   Toni Edmonds
             Andrew M. Cuomo, Attorney General of
               the State of New York
             Robert Morgenthau, District Attorney
               of New York County
             Judge P. Kevin Castel

C:\ORD\636 Habeas